**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)
1ˢᵗ amended plan

DEBTOR: Olga Jurado                JOINT DEBTOR:                          CASE NO.: 14-20469-AJC
Last Four Digits of SS# 9053 Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 100.00     for months  1 to  36; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $   2000 Balance Due $ 1650
                            payable $ 82.50/month  (Months  1 to  20)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   None                              Arrearage on Petition Date  $
Address:                                 Arrears Payment        $              /month  (Months         to         )
                              Regular Payment       $              /month  (Months         to         )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SLS Account No: xxxx6260 | 7010 NW 186 Street #312., Hialeah, FL 33015 $36,950.00 | none | none | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                        Total Due  $
                       Payable    $              /month  (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 7.50 /month  (Months  1 to  20)  and  Pay $ 90.00 /month  (Months  21 to  36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor is current with secured creditors Green Tree Servicing LLC and Coral Gate West Condominium Association and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor
shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

   I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Attorney for Debtor                                    Joint Debtor
Date:    6/30/2014                                    Date:

LF-31 (rev. 01/08/10)