UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:  Olga Jurado                                                           Case No: 14-20469-AJC
                                                                                            Chapter 13


_____Debtor_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on July 2, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Olga Jurado
7010 NW 186 Street
#312
Hialeah, FL 33015

Specialized Loan Servicing, LLC
8742 Lucent Boulevard
Suite 300
Highlands Ranch, Colorado 80129


Specialized Loan Servicing, LLC
P.O. Box 636005
Littleton, CO 80163-6005

Via Certified Mail:

Specialized Loan Servicing, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
36 South 18th Avenue
Suite D
Brighton, CO 80601

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                 Robert Sanchez, Esq., FBN#0442161